United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jintara Yanuar Jap  
Jennifer Padilla Jap  
    Debtors

Case No. 17-04279-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Dec 23, 2022     Form ID: 3180W     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jintara Yanuar Jap, Jennifer Padilla Jap, 700 South Royal Street, York, PA 17402-3526 |
| 4980053 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 4980065 | + | Gastroenterology Assoc of York, 2690 Southfield Dr, York, PA 17403-4510 |
| 4991902 | | Navient Solutions LLC, United Student Aid Funds, Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 4980082 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 4980083 | + | Weltman, Weinberg & Reis Co., LPA, 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |
| 4980084 | | York Endoscopy Center, 2690 Southfield Drive, Suite B, York, PA 17403-4510 |
| 4987085 | + | York Hospital, 1001 S George St, York, PA 17403-3645 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: GMACFS.COM | Dec 23 2022 23:44:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 23 2022 18:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, et al, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5065054 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 23 2022 18:36:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 4984770 | | EDI: GMACFS.COM | Dec 23 2022 23:44:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 4980047 | + | EDI: GMACFS.COM | Dec 23 2022 23:44:00 | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 4980052 | | Email/Text: rmcollections@belco.org | Dec 23 2022 18:36:00 | Belco Community Credit Union, 449 Eisenhower Boulevard, Harrisburg, PA 17111 |
| 4980049 | | EDI: BANKAMER.COM | Dec 23 2022 23:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4980051 | + | EDI: TSYS2 | Dec 23 2022 23:44:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 4980054 | + | EDI: CITICORP.COM | Dec 23 2022 23:44:00 | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 4980056 | + | EDI: CITICORP.COM | Dec 23 2022 23:44:00 | CBNA / Sunoco, PO Box 790040, St Louis, MO 63179-0040 |
| 4980057 | + | EDI: CITICORP.COM | Dec 23 2022 23:44:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5004002 | | Email/PDF: bncnotices@becket-lee.com | Dec 23 2022 18:45:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| 4980060 | Email/PDF: DellBKNotifications@resurgent.com | Dec 23 2022 18:45:36 | Dell Financial Services, 1 Dell Way, Round Rock, TX 78682 |
| 4984650 | EDI: DISCOVER.COM | Dec 23 2022 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 4980061 | EDI: DISCOVER.COM | Dec 23 2022 23:44:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 4980063 | Email/Text: collecadminbankruptcy@fnni.com | Dec 23 2022 18:36:00 | First Bankcard, 1620 Dodge Street, PO Box 2557, Omaha, NE 68103-2557 |
| 4985305 | Email/Text: collecadminbankruptcy@fnni.com | Dec 23 2022 18:36:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 4980059 | EDI: JPMORGANCHASE | Dec 23 2022 23:44:00 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5296099 | + EDI: AISMIDFIRST | Dec 23 2022 23:44:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5296098 | + EDI: AISMIDFIRST | Dec 23 2022 23:44:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5183231 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 23 2022 18:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5183230 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 23 2022 18:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 4980066 | + EDI: NAVIENTFKASMSERV.COM | Dec 23 2022 23:44:00 | Navient Solutions, Inc., Attn: Claims Department, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 5012781 | EDI: PRA.COM | Dec 23 2022 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4980221 | + EDI: RECOVERYCORP.COM | Dec 23 2022 23:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4980067 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 23 2022 18:36:00 | Pacific Union Financial, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 4988389 | EDI: PENNDEPTREV | Dec 23 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 4988389 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 23 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5025387 | EDI: Q3G.COM | Dec 23 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4980068 | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980069 | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / Discount Tire, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980071 | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980073 | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980075 | EDI: RMSC.COM | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 23 2022 23:44:00 | Synchrony Bank / PayPal Extras, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980076 | | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / Sam's Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980077 | | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980070 | | EDI: RMSC.COM | Dec 23 2022 23:44:00 | Synchrony Bank / eBay, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980078 | + | EDI: WTRRNBANK.COM | Dec 23 2022 23:44:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5028972 | + | Email/Text: bncmail@w-legal.com | Dec 23 2022 18:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4980080 | | Email/Text: vci.bkcy@vwcredit.com | Dec 23 2022 18:36:00 | Volkswagen Credit, PO Box 3, Hillsboro, OR 97123 |
| 4990125 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 23 2022 18:36:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 5000502 | | EDI: AIS.COM | Dec 23 2022 23:44:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4980079 | | EDI: VERIZONCOMB.COM | Dec 23 2022 23:44:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4980048 | *+ | Ally Financial, 200 Renaissance Center, Detroit, MI 48243-1300 |
| 4980050 | * | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 4980055 | *+ | CBNA / Best Buy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 4980058 | *+ | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5027680 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 4980062 | * | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 4980064 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First Bankcard, 1620 Dodge Street, PO Box 2557, Omaha, NE 68103-2557 |
| 4984034 | *+ | Pacific Union Financial, LLC, 1603 LBJ Freeway, Suite 500, Farmers Branch, TX 75234-6071 |
| 4980072 | * | Synchrony Bank / HHGregg, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980074 | * | Synchrony Bank / Lowe's, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 4980081 | *P++ | VOLKSWAGEN CREDIT UNION, 1401 FRANKLIN BLVD, LIBERTYVILLE IL 60048-4460, address filed with court:, Volkswagen Credit, PO Box 3, Hillsboro, OR 97123 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2022　　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| Janet M. Spears | on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com |
| Keri P Ebeck | on behalf of Creditor VW Credit Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jintara Yanuar Jap pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Jennifer Padilla Jap pmurphy@dplglaw.com kgreene@dplglaw.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jintara Yanuar Jap | Social Security number or ITIN xxx–xx–1996 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Jennifer Padilla Jap | Social Security number or ITIN xxx–xx–1119 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17-bk-04279-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jintara Yanuar Jap         Jennifer Padilla Jap

12/23/22

**By the court:** *[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2