UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   JINTARA YANUAR JAP
         JENNIFER PADILLA JAP                    CHAPTER 13

                      Debtor(s)                  CASE NO: 1-17-04279HWV

## FUNDS REMITTED TO COURT

Please find hereto check number 9017356 in the amount of $18.22 representing unclaimed funds owed to Creditor, Gastroenterology Association of York. The Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 002-0 | GASTROENTEROLOGY ASSOC. OF YORK<br>2690 SOUTHFIELD DRIVE, #A<br>YORK, PA   17403-4510 | $18.22 |

Dated: October 18, 2023

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com