In re:            Case No. 17-04279-HWV
Jintara Yanuar Jap            Chapter 13
Jennifer Padilla Jap
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2
Date Rcvd: Nov 22, 2023          Form ID: fnldec          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

**Recip ID**     **Recipient Name and Address**
db/jdb     +   Jintara Yanuar Jap, Jennifer Padilla Jap, 700 South Royal Street, York, PA 17402-3526

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:

**Name**     **Email Address**

Alexandra Teresa Garcia
    on behalf of Creditor Pacific Union Financial LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

Janet M. Spears
    on behalf of Creditor MidFirst Bank bkecfinbox@aldridgepite.com JSpears@ecf.courtdrive.com

Keri P Ebeck
    on behalf of Creditor VW Credit Inc. kebeck@bernsteinlaw.com,
    btemple@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com

| | |
|---|---|
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper et al pa-bk@logs.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Jintara Yanuar Jap pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Jennifer Padilla Jap pmurphy@dplglaw.com kgreene@dplglaw.com |
| Regina Cohen | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jintara Yanuar Jap, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:17−bk−04279−HWV |
| Jennifer Padilla Jap, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−1996    xxx−xx−1119

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 22, 2023

**fnldec** (01/22)